IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FINVEST ROXBORO, LLC<br>doing business as<br>Phipps Plaza Apartments,<br><br>    Plaintiff,<br><br>    v.<br><br>RONALD MARK BOZICK,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:13-CV-3678-TWT |

### ORDER

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending remanding the case to the Magistrate Court of Fulton County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Fulton County.

SO ORDERED, this 20 day of December, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Finvest Roxboro, LLC\remand.wpd